AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff(s) ) | **APPEARANCE** |
| ) | |
| vs. ) | CASE NUMBER |
| AT&T Inc. and Dobson Communications Corporation ) | |
| Defendant(s) ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of __John Roberti__ as counsel in this
(Attorney's Name)

case for: __Dobson Communications Corporation__
(Name of party or parties)

__October 31, 2007__
Date

_/s/ John Roberti_
Signature

__495718__
BAR IDENTIFICATION

John Roberti
Print Name

1909 K Street, NW
Address

Washington, D.C.    20006
City    State    Zip Code

(202) 263-3428
Phone Number