CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case Number 07-1952 (ESH) |
| ) | |
| AT&T, et al. ) | Category    A |
| ) | |
| Defendant ) | |

**REASSIGNMENT OF CIVIL CASE**

The above-entitled case was reassigned on <u>November 1, 2007</u> from <u>Judge Rosemary M. Collyer</u> to <u>Judge Ellen S. Huvelle</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Collyer</u> & Courtroom Deputy
    <u>Judge Huvelle</u> & Courtroom Deputy
    Liaison, Calendar and Case Management Committee
    Civil Case Processing Clerk ✓