IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AT&T INC. )<br>)<br>and )<br>)<br>DOBSON COMMUNICATIONS )<br>CORPORATION, )<br>)<br>Defendants. ) | Civil Action No. 1:07-CV-01952 (ESH) |

**NOTICE OF APPEARANCE**

In compliance with Local Rule 83.6(a), Richard L. Rosen, of the law firm of Arnold & Porter LLP, hereby gives notice of his appearance as counsel of record in the above-captioned action for Defendant AT&T Inc.

Respectfully submitted

Richard L. Rosen (D.C. Bar No. 307231)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5000
(202) 942-5999 (facsimile)
*Richard_Rosen@aporter.com*

November 2, 2007