## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1952 (ESH) |
| | ) | |
| AT&T INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DOBSON COMMUNICATIONS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATION OF DEFENDANTS PURSUANT TO 15 U.S.C. § 16(g)

Pursuant to 15 U.S.C. § 16(g), defendants AT&T Inc. and Dobson Communications Corporation state that there were no written or oral communications by or on behalf of either of them with an officer or employee of the United States concerning or relevant to the proposed consent judgment, other than communications made by counsel of record alone with employees of the Department of Justice, except for a telephone conversation on August 15, 2007 between employees of the Department of Justice, counsel of record and William R. Drexel, Senior Vice President and Assistant General Counsel, AT&T Services, Inc.

Defendants certify that, with this submission, they have complied with the requirements of 15 U.S.C. § 16(g) and that this submission is a true and complete description of

communications known to defendants or that defendants reasonably should have known that are

required to be reported pursuant to that provision.

Respectfully submitted,

Richard L. Rosen (D.C. Bar No. 307231)
Attorney for Defendant AT&T Inc.
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5000

John Roberti (D.C. Bar No. 495718)
Attorney for Defendant Dobson Communications
Corporation
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000

Dated: November 9, 2007