IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>AT&T INC. and DOBSON<br>COMMUNICATIONS CORPORATION,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:07-cv-1952 (ESH) |

## CERTIFICATE OF COMPLIANCE WITH PROVISIONS
## OF THE ANTITRUST PROCEDURES AND PENALTIES ACT

Plaintiff United States of America, by the undersigned attorneys, hereby certifies that, in compliance with the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) ("APPA" or "Tunney Act"), the following procedures have been followed in preparation for the entry of the final judgment in the above-captioned matter herein:

1. Plaintiff and defendants stipulated to the entry of the proposed Final Judgment on October 30, 2007, and this Stipulation was filed with the Court on October 30, 2007;

2. The proposed Final Judgment was filed with the Court on October 30, 2007;

3. The Competitive Impact Statement was filed with the Court on October 30, 2007;

4. The Stipulation, proposed Final Judgment, and Competitive Impact Statement were published in the *Federal Register* on November 19, 2007, *see* 72 Fed. Reg. 65,060 (2007);

5. A summary of the terms of the proposed Final Judgment was published in the *Washington Post*, a newspaper of general circulation in the District of Columbia, beginning on

November 18, 2007 and continuing on consecutive days through November 24, 2007 (see attachment);

6. Copies of the Stipulation, proposed Final Judgment, and Competitive Impact Statement were furnished to all persons requesting them and made available on the Antitrust Division's Internet site;

7. The defendants jointly filed with the Court their respective descriptions of written or oral communications by or on behalf of the defendants, or any other person, with any officer or employee of the United States concerning the proposed Final Judgment, as required by 15 U.S.C. § 16(g), on November 9, 2007;

8. The sixty-day comment period prescribed by 15 U.S.C. §16(b) and (d) for the receipt and consideration of written comments, during which the proposed Final Judgment could not be entered, commenced on November 24, 2007 and ended on January 22, 2008;

9. As of the date of this certificate of compliance, the United States has received one comment on the proposed Final Judgment. Accordingly, the United States filed its Response to Public Comments and the comment itself with this Court on March 4, 2008, and published the Response and the public comment in the *Federal Register* on March 13, 2008, *see* 73 Fed. Reg. 13,570 (2008); and

10. The parties have now satisfied all the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h), as a condition for entering the proposed Final Judgment, and it is now appropriate for the Court to make the necessary public interest determination required by 15 U.S.C. § 16(e) and to enter the proposed Final Judgment.

Dated: March 17, 2008                              Respectfully submitted,


                                                   _____/s/_____

                                                   Hillary B. Burchuk (D.C. Bar No. 366755)
                                                   Lawrence M. Frankel (DC Bar No. 441532)
                                                   Attorney, Telecommunications & Media
                                                        Enforcement Section
                                                   Antitrust Division

                                                   U.S. Department of Justice
                                                   City Center Building
                                                   1401 H Street, N.W., Suite 8000
                                                   Washington, D.C. 20530
                                                   (202) 514-5621
                                                   Facsimile: (202) 514-6381

Certificate of Service

I hereby certify that on March 17, 2008, a copy of the foregoing Certificate of Compliance with Provisions of the Antitrust Procedures and Penalties Act was mailed via first class mail, postage prepaid, upon counsel for Mid-Tex Cellular, Ltd., addressed as follows:

Michael R. Bennet
Bennet & Bennet, PLLC
4350 East West highway
Suite 201
Bethesda, MD  20814

/s/
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Hillary B. Burchuk (D.C. Bar No. 366755)
Telecommunications & Media
  Enforcement Section
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W., Suite 8000
Washington, D.C.  20530
(202) 514-5621
Facsimile: (202) 514-6381

Ad # 10206282    Name US DEPT OF JUSTICE/ANTI TRUS ATTN: MAUR    Size 70 Lines    T0059
Class 815   PO# DJJ08PHATR0227   Authorized by MAURA PETERSON/SABRINA BROWN    Account 1010122583

PROOF OF PUBLICATION

District of Columbia, ss., Personally appeared before me, a Notary Public in and for the said District, Nicole McKinney well known to me to be Billing Manager of The Washington Post, a daily newspaper published in the City of Washington, District of Columbia, and making oath in due form of law that an advertisement containing the language annexed hereto was published in said newspaper on the dates mentioned in the certificate herein.

I Hereby Certify that the attached advertisement was published in The Washington Post, a daily newspaper, upon the following date(s) at a cost of $4,417.20 and was circulated in the Washington metropolitan area.

Published 7 time(s). Date(s):18,19,20,21,22,23 and 24 of November 2007

Account 1010122583

Witness my hand and official seal this ____ day of _____ 20__

My commission expires _____

Nicole Morton-McFadden
Notary Public District of Columbia
My Commission Expires 05-31-20__

DEPARTMENT OF JUSTICE Antitrust Division  TAKE NOTICE that a proposed Final Judgment has been filed in a civil antitrust case, United States of America v. AT&T Inc. and Dobson Communications Corporation, Civil Action No. 1:07-cv-01952. On October 30, 2007, the United States filed a Complaint alleging that the proposed acquisition by AT&T Inc. of Dobson Communications Corporation (#Dobson") would violate Section 7 of the Clayton Act, 15 U.S.C. § 18, by substantially lessening competition in the provision of mobile wireless telecommunications services in seven (7) markets.  The proposed Final Judgment, filed at the same time as the Complaint, requires the divestiture of: (1) Dobson's mobile wireless telecommunications services businesses in certain markets in Kentucky and Oklahoma; (2) AT&T's minority interests in entities operating mobile wireless telecommunications services businesses in certain

Ad # 10206282     Name US DEPT OF JUSTICE/ANTI TRUS ATTN: MAUR     Size 70 Lines     T0060
Class 815     PO# DJJ08PHATR0227     Authorized by MAURA PETERSON/SABRINA BROWN     Account 1010122583

markets in Texas and Missouri; and (3) all of Dobson's right, title and interest in Cellular One Properties, LLC, in order for AT&T to proceed with its $2.8 billion acquisition of Dobson.  A Competitive Impact Statement filed by the United States describes the Complaint, the proposed Final Judgment, the industry, and the remedies available to private litigants who may have been injured by the alleged violation.   Copies of the Complaint, proposed Final Judgment, and Competitive Impact Statement are available for inspection at the Department of Justice, Antitrust Division, Antitrust Documents Group, 325 7th Street, N.W., Suite 215, Washington, D.C. 20530 (telephone: 202-514-2481), on the Department of Justice's Web site at http://www.usdoj.gov/atr, and at the Office of the Clerk of the United States District Court for the District of Columbia.   Interested persons may address comments to Nancy M. Goodman, Chief, Telecommunications and Media Enforcement Section, Antitrust Division, U.S. Department of Justice, 1401 H Street, N.W., Suite 8000, Washington, D.C. 20530, (telephone: 202-514-5621), within 60 days of the date of this notice.



# INVOICE and STATEMENT

| 1 Billing Period | 2 Advertiser/Client Name |
|---|---|
| 11/01/07-11/30/07 | US DEPT OF JUSTICE/ANTI TRUS |

| 23 Total Amount Due | Amount Paid | 3 Terms of Payment |
|---|---|---|
| 12,622.00 | | Payable On Or Before 15th Day After Billing. No Cash Discount |

| 4 Page | 5 Billing Date | 6 Agency Acct No. | 7 Advertiser/Client No. | 21 Current Net Amount | 22 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/30/07 | | 1010122583 | 12,622.00 | | | | |

US DEPT OF JUSTICE/ANTI TRUS
ATTN: MAURA LEE PETERSON
OFFICE OF OPERATIONS
950 PENNSYLVANIA AVE NW 3335
WASHINGTON DC 20530

THE WASHINGTON POST
P.O.BOX 17641
BALTIMORE MD 21297-1641

19000065705000012622005

---

(Detach here and return with remittance)

| 10 Date | 11 Newspaper Reference | 12 13 14 Description - Other Comments/Changes | 15/16 SAU Size Billed Units | 17/18 Times Run Rate | 19 Gross Amt | 20 Net Amt |
|---|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | | 0.00 |
| 11/18/07 | INV# 4000086678 | CLASSIFIED LIGHTFACE ADVERTISING<br>DEPARTMENT OF JUSTICE ANT<br>CLSOTHFRZ 00000815 PG: C02 SUN<br>SO# 0010206282<br>AUTH: MAURA PETERSON/SABRINA BROWN<br>DJJ08PHATR0227<br>ONLINE CHRG # OF SUN | SUN1@70LN | 12.08 | 845.60<br><br>10.00 | 855.60 |
| 11/18/07 | INV# 4000086679 | DEPARTMENT OF JUSTICE ANT<br>CLSOTHFRZ 00000815 PG: C02 SUN<br>SO# 0010206407<br>AUTH: MAURA PETERSON/SABRINA BROWN<br>DJJ08PHATR0227<br>ONLINE CHRG # OF SUN | SUN1@60LN | 12.08 | 724.80<br><br>10.00 | 734.80 |
| 11/18/07 | INV# 4000086680 | DEPARTMENT OF JUSTICE ANT<br>CLSOTHFRZ 00000815 PG: C02 SUN<br>SO# 0010206422<br>AUTH: MAURA PETERSON/SABRINA BROWN<br>DJJ08PHATR0227<br>ONLINE CHRG # OF SUN | SUN1@70LN | 12.08 | 845.60<br><br>10.00 | 855.60 |
| 11/19/07 | INV# 4000091709 | DEPARTMENT OF JUSTICE ANT<br>CLSOTHFRZ 00000815 PG: C02 DLY<br>SO# 0010206282<br>AUTH: MAURA PETERSON/SABRINA BROWN | DLY1@70LN | 8.48 | 593.60 | |

Statement of Account Aging of Past Due Amounts

| 21 Current Net Amount | 22 30 Days | 60 Days | 90 Days | 120 Days | 23 Total Amount Due |
|---|---|---|---|---|---|
| 12,622.00 | | | | | 12,622.00 |

1150 15th Street, NW Washington, DC 20071
Invoice Questions
Tel: (202) 334-4875  Fax: (202) 334-4706    email: CUSTACCT@WASHPOST.COM
Tearsheet request:  TEARSHTS@WASHPOST.COM
Not subject to back-up Tax Withholding    Duns #: 3245768    Fed ID#: 53-0182885

**Payment of all undisputed invoices is expected within Washington Post terms.**

Advertiser Information

| 1 Billing Period | 6 Agency Account Number | 7 Advertiser/Client Number | 2 Advertiser/Client Name |
|---|---|---|---|
| 11/01/07-11/30/07 | | 1010122583 | US DEPT OF JUSTICE/ANTI TRUS |

The Washington Post  |  washingtonpost.com  |  Express  |  El Tiempo Latino  |  washingtonpostmobile  |  Slate



| 1 Billing Period | 2 Advertiser/Client Name |
|---|---|
| 11/01/07-11/30/07 | US DEPT OF JUSTICE/ANTI TRUS |

| 4 Page | 6 Agency Account Number | 7 Advertiser/Client Number | 5 Billing Date | 23 Total Amount Due |
|---|---|---|---|---|
| 3 | | 1010122583 | 11/30/07 | 12,622.00 |

| 10 Date | 11 Newspaper Reference | 12 13 14 Description - Other Comments/Changes | 15 16 SAU Size Billed Units | 17 Times Run 18 Rate | 19 Gross Amt | 20 Net Amt |
|---|---|---|---|---|---|---|
| | | DJJ08PHATR0227 | | | | 593.60 |
| 11/22/07 | INV# 4000093785 | DEPARTMENT OF JUSTICE ANT<br>CLSOTHFRZ 00000815 PG: C02 DLY<br>SO# 0010206407<br>AUTH: MAURA PETERSON/SABRINA BROWN<br>DJJ08PHATR0227 | DLY1@60LN | 8.48 | 508.80 | 508.80 |
| 11/22/07 | INV# 4000093786 | DEPARTMENT OF JUSTICE ANT<br>CLSOTHFRZ 00000815 PG: C02 DLY<br>SO# 0010206422<br>AUTH: MAURA PETERSON/SABRINA BROWN<br>DJJ08PHATR0227 | DLY1@70LN | 8.48 | 593.60 | 593.60 |
| 11/23/07 | INV# 4000094685 | DEPARTMENT OF JUSTICE ANT<br>CLSOTHFRZ 00000815 PG: C02 DLY<br>SO# 0010206282<br>AUTH: MAURA PETERSON/SABRINA BROWN<br>DJJ08PHATR0227 | DLY1@70LN | 8.48 | 593.60 | 593.60 |
| 11/23/07 | INV# 4000094686 | DEPARTMENT OF JUSTICE ANT<br>CLSOTHFRZ 00000815 PG: C02 DLY<br>SO# 0010206407<br>AUTH: MAURA PETERSON/SABRINA BROWN<br>DJJ08PHATR0227 | DLY1@60LN | 8.48 | 508.80 | 508.80 |
| 11/23/07 | INV# 4000094687 | DEPARTMENT OF JUSTICE ANT<br>CLSOTHFRZ 00000815 PG: C02 DLY<br>SO# 0010206422<br>AUTH: MAURA PETERSON/SABRINA BROWN<br>DJJ08PHATR0227 | DLY1@70LN | 8.48 | 593.60 | 593.60 |
| 11/24/07 | INV# 4000096069 | DEPARTMENT OF JUSTICE ANT<br>CLSOTHFRZ 00000815 PG: C02 DLY<br>SO# 0010206282<br>AUTH: MAURA PETERSON/SABRINA BROWN<br>DJJ08PHATR0227 | DLY1@70LN | 8.48 | 593.60 | 593.60 |
| 11/24/07 | INV# 4000096070 | DEPARTMENT OF JUSTICE ANT<br>CLSOTHFRZ 00000815 PG: C02 DLY<br>SO# 0010206407<br>AUTH: MAURA PETERSON/SABRINA BROWN<br>DJJ08PHATR0227 | DLY1@60LN | 8.48 | 508.80 | 508.80 |
| 11/24/07 | INV# 4000096071 | DEPARTMENT OF JUSTICE ANT<br>CLSOTHFRZ 00000815 PG: C02 DLY<br>SO# 0010206422<br>AUTH: MAURA PETERSON/SABRINA BROWN<br>DJJ08PHATR0227 | DLY1@70LN | 8.48 | 593.60 | 593.60 |
| | | | TOTAL CURRENT AD ACTIVITY | | | 12,622.00 |
| | | | TOTAL AMOUNT DUE | | | 12,622.00 |